**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:03cr123**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **LEODEGARIOR PEREZ-** ) | |
| **HERRERA.** ) | |
| ) | |

**THIS MATTER** is before the Court on reassignment.

The United States Probation Office filed a petition to revoke the Defendant's supervised release on June 13, 2006 and a violation warrant issued on June 19, 2006. The United States Probation Office now advises that the Defendant has been indefinitely committed for psychiatric care pursuant to 18 U.S.C. §4246 in another District where he was indicted on a different offense. As a result, the dismissal of the petition is requested.

**IT IS, THEREFORE, ORDERED** that the Petition for Revocation of the Defendant's Supervised Release issued June 13, 2006 and the warrant issued June 19, 2006 are hereby **DISMISSED** without prejudice.

Signed: October 29, 2007

Martin Reidinger
United States District Judge